DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CITY OF LARGO and NATHANIEL J. HANSMANN,

Appellants,

v.

JOSHUA LYLES, parent and natural guardian of
JEREMIAH LYLES, a minor; and JOSHUA LYLES, individually,

Appellee.

No. 2D2024-0897

_____

August 23, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Pinellas County; Patricia Ann Muscarella, Judge.

Elizabeth W. Neiberger, Jamie A. Kilpatrick, and Whynter KJA Morgan-
Neal of Bryant Miller Olive P.A., Tampa, for Appellants.

Crystal Sebago of Crystal Sebago, P.A., Tampa, for Appellee.

PER CURIAM.

    Affirmed.


CASANUEVA, SILBERMAN, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.